AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| TECOVAS, INC. dba TECOVAS BOOTS, INC., a Delaware Corporation<br><br>*Plaintiff(s)*<br>v.<br>MCRAE INDUSTRIES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-01528-RP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  McRae Industries, Inc.
   400 North Main Street,
   Mt. Gilead, North Caroline 27306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brent H. Blakely
   Blakely Law Group
   1334 Parkview Avenue, Suite 280
   Manhattan Beach, CA 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT, PHILIP J. DEVLIN

Date: 12/16/2024

*Signature of Clerk or Deputy Clerk*